1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10  VANCE EDWARD JOHNSON,

11              Plaintiff,                    No. 2:11-cv-0120 KJN P

12        vs.

13  WILLIAM K. SUTER, et al.,

14              Defendants.              <u>ORDER</u>

15  _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In light of 1996

18  amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

19  forma pauperis.

20              The federal venue statute requires that a civil action, other than one based on

21  diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

22  defendants reside in the same State, (2) a judicial district in which a substantial part of the events

23  or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

24  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

25  no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

26  ////

1    In this case, the defendants are located and the claim arose in Washington, D.C.,

2 which is in the District of Columbia.  Therefore, plaintiff's claim should have been filed in the

3 United States District Court for the District of Columbia.  In the interest of justice, a federal court

4 may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C.

5 § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and

8    2.  This matter is transferred to the United States District Court for the District of

9 Columbia.

10 DATED:  January 24, 2011

11

12    _____

13    KENDALL J. NEWMAN
      UNITED STATES MAGISTRATE JUDGE

14 john0120.21a

15

16

17

18

19

20

21

22

23

24

25

26

2